27428. SHAPPELL *v.* THE STATE.

MacIntyre, J. Whether dependent entirely upon circumstantial evidence, or whether based in part upon circumstantial and in part upon direct evidence, the evidence was ample to authorize the jury to find the defendant guilty of carrying on a lottery. Code, § 26-6502.

*Judgment affirmed.* *Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 11, 1939.

*Charles J. Graham,* for plaintiff in error.

*John S. McClelland,* solicitor, *John A. Boykin,* solicitor-general, *J. W. LeCraw,* contra.